UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-cv-003-GCM

| | |
|---|---|
| DION JACKSON, et al., | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER GRANTING DEFENDANTS'**<br>) **MOTION TO MODIFY PRETRIAL**<br>) **ORDER AND CASE MANAGEMENT** |
| TOWN OF MINT HILL, et al., | ) **PLAN**<br>) |
| Defendants. | )<br>) |

The Defendants' Motion to Modify the Pretrial Order and Case Management Plan (Doc. 8) seeks an Order extending the discovery period to allow the deposition of Plaintiff Zinnia Lambert to take place. The Motion is supported by email communication from Plaintiff's counsel Kofi Bentsi-Enchill stating he is unable, due to severe illness dating back to April of this year, to accommodate defense counsel's request to depose Lambert during the discovery period set forth in the Court's Pretrial Order and Case Management Plan. (Doc. 6).

FOR GOOD CAUSE SHOWN, the Defendants' Motion is GRANTED, and the Pretrial Order and Case Management Plan is hereby modified for the limited purpose of affording Defendants an additional period of time, through and including February 28, 2022, to depose Plaintiff Zinnia Lambert.

IT IS FURTHER ORDERED that Plaintiff's counsel, Mr. Bentsi-Enchill, is hereby directed to associate additional counsel within thirty days to allow this litigation to proceed during his illness.

Signed: January 10, 2022

Graham C. Mullen
United States District Judge