IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00003-GCM

| | |
|---|---|
| ZINNIA LAMBERT, | |
| Plaintiff, | |
| v. | **ORDER** |
| TOWN OF MINT HILL, GRAHAM M. LAWRENCE, MICHAEL POMARICO, SCOTT HALL, WAYNE MCCHESNEY, | |
| Defendants. | |

**THIS MATTER** comes before the Court on its own motion. The case management plan currently provides for trial on May 9, 2022. However, forthcoming summary judgment motions will likely not be ripe until the end of March. The Court concludes that trial must be continued in order to provide adequate time for the Court to resolve any forthcoming motions and to permit the parties to adequately prepare for trial.

**IT IS THEREFORE ORDERED** that the trial in this matter is **RESET** to the July 18, 2022 trial term, beginning at 10 am.

**SO ORDERED**.

Signed: March 7, 2022

Graham C. Mullen
United States District Judge